## THIRD DEPARTMENT, JUNE, 1981

### (June 3, 1981)

■ In the Matter of NEW YORK STATE SOCIETY OF ORTHOPAEDIC SURGEONS, INC., Petitioner, v EDWARD S. CONWAY, as Justice of the Supreme Court of the State of New York, Respondent. — Application, pursuant to CPLR article 78, for judgment in the nature of mandamus, denied and petition dated February 21, 1981 dismissed. Main, J. P., Casey, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.

### (June 4, 1981)

■ In the Matter of the Arbitration between GOVERNMENT EMPLOYEES INSURANCE COMPANY, Respondent, and MARION MILLER, Appellant. — Appeal from an order of the Supreme Court at Special Term (Casey, J.), entered November 9, 1979 in Ulster County, which, in a proceeding pursuant to CPLR 7511, vacated an arbitration award. Order affirmed, without costs, on the opinion of Mr. Justice John T. Casey at Special Term. Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Herlihy, JJ., concur.